UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

JOSE LEONARDO MUNOZ DIAZ,

Petitioner,

v.

WARDEN, IMPERIAL REGIONAL DETENTION FACILITY, et al.,

Respondents.

Case No.:  3:26-cv-1491-CAB-BJW

**ORDER TO RESPOND**

Petitioner Jose Leonardo Munoz Diaz ("Petitioner"), proceeding pro se,[1] filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241. [Doc. No. 1 ("Petition").] Petitioner entered the United States on May 13, 2024 without inspection. [*Id*. at 1.] He claims that on February 11, 2026, he was unlawfully stopped and detained by immigration authorities in violation of the Fourth and Fifth Amendments and the Immigration and Nationality Act. [*Id*. at 1–2.] He seeks immediate release from detention, or at minimum, an individualized bond hearing. [*Id*. at 15.]

---

[1] Petitioner may be interested in contacting Federal Defenders of San Diego to see if a Federal Defender can represent Petitioner in this matter.  The telephone number for Federal Defenders' San Diego Office is 619-234-8467 (Toll Free: 888-614-9867) and the El Centro Office is 760-335-3510 (Toll Free: 877-404-9063).

1

Having reviewed the Petition, the Court finds summary dismissal is unwarranted at this time. *See Kourteva v. INS*, 151 F. Supp. 2d 1126, 1128 (N.D. Cal. 2001) ("Summary dismissal is appropriate only where the allegations in the petition are vague or conclusory, palpably incredible, or patently frivolous or false.").

Accordingly, the Court **ORDERS** as follows:

1. Respondents shall file a response to the Petition by **March 20, 2026**. The response must address the allegations in the Petition and must include any documents relevant to the determination of the issues raised in the Petition.

2. Respondents shall serve a copy of the response on Petitioner by **March 23, 2026.**

3. Petitioner may file a reply by **March 27, 2026**.

4. To maintain the status quo, Respondents, their officers, agents, servants, employees, attorneys, and other persons who act in concert or participation with Respondents **SHALL NOT** transfer Petitioner outside of the Southern District of California pending the Court's resolution of the Petition.[2]

5. The Clerk of Court shall provide the Civil Division of the U.S. Attorney's Office with a copy of the Petition and this Order.

It is **SO ORDERED**.

Dated: March 12, 2026

Hon. Cathy Ann Bencivengo
United States District Judge

---

[2] *See Doe v. Bondi*, Case No. 3:25-cv-805-BJC-JLB, 2025 WL 1870979, at *1 (S.D. Cal. June 11, 2025) ("Federal courts retain jurisdiction to preserve the status quo while determining whether [they have] subject matter jurisdiction over a case and while a petition is pending resolution from the court.") (collecting cases).